UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ,<br><br>                                    Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, JOSEPH KIANI, & MICAH YOUNG,<br><br>                                    Defendants. | Case No.:  23-cv-1546-L-DEB<br><br>**ORDER GRANTING JOINT MOTION TO ACCEPT SERVICE AND SET BRIEFING SCHEDULE**<br><br>**[ECF No. 4]** |

Pursuant to the parties' joint motion, (ECF No. 4), and 15 U.S.C. § 78u-4(a)(3), the Court orders the Court-appointed lead Plaintiff and Defendants to confer and submit a proposed schedule for the filing of an amended complaint and Defendants' response within **fourteen (14) days** of entry of the order appointing lead plaintiff and lead counsel.  The Court also finds that Defendants accept service of the summons and complaint without waiving any rights or defenses except as to sufficiency of service.

**IT IS SO ORDERED.**

Dated:  September 26, 2023

_____
Hon. M. James Lorenz
United States District Judge

1