1
2  **HAGENS BERMAN SOBOL SHAPIRO LLP**
3  Lucas E. Gilmore (Bar No. 250893)
   715 Hearst Avenue, Suite 300
4  Berkeley, CA 94710
   Tel: (510) 725-3000
5  Fax: (510) 725-3001
   reed@hbsslaw.com
6  lucasg@hbsslaw.com

7  *Proposed Liaison Counsel for the Class*

8  **LABATON SUCHAROW LLP**
9  Eric J. Belfi (*pro hac vice* forthcoming)
10 Francis P. McConville (*pro hac vice* forthcoming)
11 140 Broadway
   New York, NY 10005
12 Tel: (212) 907-0700
   Fax: (212) 818-0477
13 ebelfi@labaton.com
   fmcconville@labaton.com

14 *Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the*
15 *Class*

16
17              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
18

| | |
|---|---|
| 19  SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated, | Case No. 23-cv-1546-L-DEB |
| 20 | **CLASS ACTION** |
| 21                          Plaintiff, | **NOTICE OF MOTION AND MOTION OF THE NORTHEAST PENSION FUNDS FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL** |
| 22  v. | |
| 23  MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, | |
| 24                          Defendants. | **Date:** November 27, 2023<br>**Time:** 10:30 am<br>**Courtroom:** 5B<br>**Judge:** M. James Lorenz |
| 25 | |
| 26 | **No Oral Argument Unless Ordered** |
| 27 | |
| 28 | |

## NOTICE OF MOTION AND MOTION

**TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that Lead Plaintiff movant Boston Retirement System ("BRS"), Central Pennsylvania Teamsters Pension Fund - Defined Benefit Plan (the "CPTPF Benefit Plan"), and Central Pennsylvania Teamsters Pension Fund - Retirement Income Plan 1987 (the "CPTPF Retirement Plan") (collectively, the "Northeast Pension Funds") by and through their counsel, hereby move this Court in Courtroom 5B of the Honorable M. James Lorenz at the United States District Court, Southern District of California, United States Courthouse, 221 West Broadway, San Diego, CA 92101, on November 27, 2023 at 10:30 a.m., or as soon thereafter as the matter may be heard, for the entry of an Order: (i) appointing the Northeast Pension Funds as Lead Plaintiff in the above-captioned securities class action (the "Action") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4, *et seq*.; (ii) approving the Northeast Pension Funds selection of Labaton Sucharow LLP ("Labaton Sucharow") as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP ("Hagens Berman") as Liaison Counsel for the Class (the "Motion"); and (iii) granting such other and further relief as the Court may deem just and proper.

This Motion is made on the grounds that the Northeast Pension Funds believe they are the "most adequate plaintiff" under the PSLRA and are therefore entitled to be appointed Lead Plaintiff.  Specifically, the Northeast Pension Funds believe they have the "largest financial interest" in the relief sought by the Class in this action by virtue of, among other things, the approximately $2.9 million in losses as calculated under a last-in, first-out ("LIFO") basis, that they incurred on their investments in the securities of Masimo Corporation.  ("Masimo" or the "Company").  The Northeast Pension Funds also satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure ("Rule 23") because their claims are typical of other Class members' claims and because they will fairly and adequately represent the interests

of the Class. Moreover, Northeast Pension Funds are a paradigmatic Lead Plaintiff under the PSLRA because they are a small, cohesive partnership of sophisticated institutional investors with a substantial financial stake in the litigation and prior experience successfully serving as court-appointed PSLRA lead plaintiffs, which will ensure their effective monitoring and supervision of counsel.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Points and Authorities in support thereof, the Declaration of Lucas E. Gilmore (the "Gilmore Decl.") filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, the Northeast Pension Funds respectfully request that the Court enter an Order: (i) appointing the Northeast Pension Funds as Lead Plaintiff in the Action pursuant to the PSLRA; (ii) approving their selection of Labaton Sucharow as Lead Counsel for the Class and Hagens Berman as Liaison Counsel for the Class; and (iii) granting any such further relief as the Court deems just and proper.

DATED: October 23, 2023

Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Lucas E. Gilmore*
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477

ebelfi@labaton.com
fmcconville@labaton.com

*Counsel for Proposed Lead Plaintiff
and Proposed Lead Counsel for the Class*