LATHAM & WATKINS LLP
David J. Schindler (SBN 130490)
355 South Grand Avenue, Suite 100
Los Angeles, CA 90071
Telephone: (213) 485-1234
Email: david.schindler@lw.com

Michele D. Johnson (SBN 198298)
650 Town Center Drive, 20th Floor
Costa Mesa, CA 92626
Telephone: (714) 540-1235
Email: michele.johnson@lw.com

Colleen C. Smith (SBN 231216)
12670 High Bluff Drive
San Diego, CA 92130
Telephone: (858) 523-5400
Email: colleen.smith@lw.com

Nicholas J. Siciliano (SBN 6287387) (*Pro Hac Vice*)
300 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Email: nicholas.siciliano@lw.com

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, BILAL MUHSIN, AND ELI KAMMERMAN,<br><br>Defendants. | Case No. 3:23-cv-01546-L-DEB<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS LEAD PLAINTIFFS' FIRST AMENDED COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Special Briefing Schedule Ordered<br>Date: June 3, 2024<br>Time: 10:30 a.m.<br>Courtroom: 5B<br>Judge: The Honorable M. James Lorenz<br><br>BY LOCAL RULE NO ORAL ARGUMENT UNLESS REQUESTED BY COURT |

1  Pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure,
2  and the Private Securities Litigation Reform Act, Defendants Masimo Corporation,
3  Joseph Kiani, Micah Young, Bilal Muhsin, and Eli Kammerman (collectively,
4  "Defendants"), by and through their undersigned counsel, respectfully move to
5  dismiss Lead Plaintiffs' First Amended Complaint for Violations of the Federal
6  Securities Laws, and for other and further relief as the Court deems just and
7  proper.  In support, Defendants submit the accompanying Memorandum of Points
8  and Authorities with Appendix A, Defendants' Request for Consideration Under
9  Incorporation by Reference and Judicial Notice, and the Declaration of Colleen C.
10 Smith with Exhibits 1-14, all dated April 29, 2024.

12 DATED: April 29, 2024                    **LATHAM & WATKINS LLP**

13                                          */s/*  Colleen C. Smith
14                                          Colleen C. Smith (Bar No. 231216)
                                            12670 High Bluff Drive
15                                          San Diego, CA 92130
                                            Tel:  +1.858.523.5400
16                                          Email: colleen.smith@lw.com

18                                          David J. Schindler (Bar No. 130490)
                                            355 South Grand Avenue, Suite 100
19                                          Los Angeles, CA 90071
                                            Tel:  +1.213.891.8763
20                                          Email: david.schindler@lw.com

21                                          Michele D. Johnson (Bar No. 198298)
22                                          650 Town Center Drive, 20th Floor
                                            Costa Mesa, CA 92626
23                                          Tel:  +1.714.540.1235
                                            Email: michele.johnson@lw.com

25                                          Nicholas J. Siciliano (*pro hac vice*)
                                            300 North Wabash Avenue, Suite 2800
26                                          Chicago, IL 60611
                                            Tel:  +1.312.876.7700
27                                          Email: nicholas.siciliano@lw.com

28                                          *Attorneys for Defendants*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN DIEGO

1

CASE NO. 3:23-CV-01546-L-DEB
DEFENDANTS' NOTICE OF MOTION
AND MOTION TO DISMISS