UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG,<br><br>Defendants. | Case No. 3:23-CV-01546-L-DEB<br><br>**ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

The Court **ORDERS** that the request of Defendant Joe E. Kiani to substitute John C. Hueston and Marshall A. Camp of Hueston Hennigan LLP, who are retained counsel of Joe E. Kiani, as attorney of record instead of counsel from Latham & Watkins LLP, is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated:  November 14, 2024

_____
Hon. M. James Lorenz
United States District Judge