UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, BILAL MUHSIN, and ELI KAMMERMAN<br><br>Defendants. | Case No. 3:23-CV-01546-L-DEB<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY** |

Upon motion for substitution and good cause having been demonstrated, IT IS HEREBY ORDERED that Michael E. Swartz and Jeffrey Robertson of Schulte Roth & Zabel LLP (subject to admission *pro hac vice*) and Harry A. Olivar, Jr. and Valerie Roddy of Quinn Emanuel Urquhart & Sullivan, LLP are now the attorneys of record for defendants Masimo Corporation, Micah Young, Bilal Muhsin, and Eli Kammerman. Previous counsel David J. Schindler, Michele D. Johnson, Colleen C. Smith, and Nicholas J. Siciliano of Latham & Watkins LLP are relieved.

**IT IS SO ORDERED.**

Dated:  December 6, 2024

_____
Hon. M. James Lorenz
United States District Judge

1