UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, BILAL MUHSIN, and ELI KAMMERMAN <br><br> Defendants. | Case No. 3:23-CV-01546-L-DEB <br><br> **ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING EXTENSION OF TIME TO ANSWER** |

Based upon the Parties' Joint Motion and Stipulation Regarding Extension of Time to Answer, and good cause appearing, IT IS HEREBY ORDERED THAT:

(1)   The deadline for Defendants to Answer Plaintiffs' First Amended Complaint is extended to January 21, 2025; and

(2)   This Order will have no impact on the scheduling of a Rule 16 conference.

**IT IS SO ORDERED.**

Dated:  December 17, 2024

Hon. M. James Lorenz
United States District Judge

-1-