**LABATON KELLER SUCHAROW LLP**
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice)*
David Saldamando (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Attorneys for Lead Plaintiffs*
*Boston Retirement System, Central*
*Pennsylvania Teamsters Pension*
*Fund-Defined Benefit Plan and*
*Central Pennsylvania Teamsters*
*Pension Fund-Retirement Income Plan*
*1987, and Lead Counsel for the Class*

Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, BILAL MUHSIN, and ELI KAMMERMAN<br><br>                    Defendants. | Case No.: 3:23-cv-01546-L-DEB<br><br>**JOINT MOTION REGARDING SETTLEMENT** |

This stipulation is entered between Lead Plaintiffs Boston Retirement System, Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 ("Northeast Pension Funds" or "Lead Plaintiffs"), on behalf of itself and all members of the putative class in this action, and Defendants Masimo Corporation ("Masimo"), Michah Young, Bilal Muhsin, and Eli Kammerman (the "Settling Individual Defendants") and Individual Defendant Joseph Kiani ("Kiani") (together with Masimo and the Settling Individual Defendants, the "Defendants" and, collectively with Lead Plaintiffs, the "Parties").

WHEREAS, the Lead Plaintiffs, Masimo and the Settling Individual Defendants have reached a settlement in principle to resolve all claims against all Defendants in this litigation on a class-wide basis, including the dismissal of all Defendants with prejudice upon final approval of the settlement;

WHEREAS, this Court has set certain pretrial deadlines and hearings, including filing of Lead Plaintiffs' opening papers for their motion for class certification that is currently scheduled for September 12, 2025 (ECF No. 78), and the Local Civil Rules for the Southern District of California likewise provide for certain pretrial deadlines;

WHEREAS, the Parties request that the Court vacate all deadlines, hearings, and the Trial Date to allow Lead Plaintiffs, Masimo and the Settling Individual Defendants to finalize documentation of the settlement and Lead Plaintiffs to submit a motion for preliminary approval of the proposed class action settlement.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the Parties, subject to the Court's approval, that:

1. All deadlines, hearings, and pre-trial conferences are vacated.
2. Lead Plaintiffs shall file a motion for preliminary approval of the proposed class action settlement on or before August 14, 2025.

JOINT MOTION REGARDING SETTLEMENT
CASE NO. 3:23-CV-01546-L-DEB

**IT IS SO STIPULATED.**

DATED: July 11, 2025

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice)*
David Saldamando (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
cstiene@labaton.com

*Attorneys for Lead Plaintiffs Boston Retirement System, Central Pennsylvania Teamsters Pension Fund-Defined Benefit Plan and Central Pennsylvania Teamsters Pension Fund-Retirement Income Plan1987, and Lead Counsel for the Class*

Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
lucasg@hbsslaw.com

*Liaison Counsel for the Class*

/s/ *Michael E. Swartz*
Michael E. Swartz (*pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
295 5th Avenue, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Fax: (212) 849-7100
michaelswartz@quinnemanuel.com

Harry A. Olivar, Jr.
Valerie Roddy
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Fax: (213) 443-3100
harryolivar@quinnemanuel.com
valerieroddy@quinnemanuel.com

Jeffrey F. Robertson (*pro hac vice*)
**SCHULTE ROTH & ZABEL LLP**
555 13th Street, NW, Suite 6W
Washington, DC 20004
Telephone: (202) 729-7470
Fax: (202) 730-4520

*Attorneys for Defendants Masimo Corporation, Micah Young, Bilal Muhsin, and Eli Kammerman*

/s/ *John C. Hueston*
John C. Hueston
Marshall A. Camp
Thomas A. Zaccaro
**HUESTON HENNIGAN LLP**
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Fax: (888) 866-4825

3

JOINT MOTION REGARDING SETTLEMENT
CASE NO. 3:23-CV-01546-L-DEB

jhueston@hueston.com
mcamp@hueston.com
tzaccaro@hueston.com

*Attorneys for Defendant Joseph Kiani*

4

# **<u>SIGNATURE CERTIFICATION</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies of the United States District Court for the Southern District of California, I hereby certify that the contents of this document are acceptable to counsel for Defendants and that I have obtained their permission to affix their signature to this document.

Dated: July 11, 2025

By: /s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee

5