# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, BILAL MUHSIN, and ELI KAMMERMAN<br><br>Defendants. | Case No.: 3:23-cv-01546-L-DEB<br><br>**ORDER RE: JOINT MOTION REGARDING SETTLEMENT** |

Lead Plaintiffs Boston Retirement System, Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan 1987 ("Northeast Pension Funds" or "Lead Plaintiffs"), on behalf of itself and all members of the putative class in this action, and Defendants Masimo Corporation ("Masimo"), Michah Young, Bilal Muhsin, and Eli Kammerman (the "Settling Individual Defendants") and Individual Defendant Joseph Kiani ("Kiani") (together with Masimo and the Settling Individual Defendants, the "Defendants" and, collectively with Lead Plaintiffs, the "Parties") filed a Joint Motion Regarding Settlement, seeking to vacate all deadlines and hearings in this Action.

1   Having considered the Parties' Joint Motion, the Court hereby **GRANTS** the
2  Joint Motion and vacates all deadlines, hearings and pre-trial conferences in this
3  Action. Lead Plaintiffs shall file a motion for preliminary approval of the proposed
4  class action settlement on or before August 14, 2025.

5   **IT IS SO ORDERED.**

7  Dated: July 16, 2025

8  _____
   Hon. M. James Lorenz
9  United States District Judge