Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David M. Saldamando (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Attorneys for Lead Plaintiffs
and Lead Counsel for the Proposed Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, BILAL MUHSIN, and ELI KAMMERMAN<br><br>Defendants. | Case No.: 3:23-cv-01546-L-DEB<br><br>**DECLARATION OF LAUREN A. ORMSBEE IN SUPPORT OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: NA<br>Judge: Hon. M. James Lorenz |

I, Lauren A. Ormsbee, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am a partner at the law firm of Labaton Keller Sucharow LLP, Lead Counsel for Court-appointed Lead Plaintiffs Boston Retirement System, Central Pennsylvania Teamsters Pension Fund – Defined Benefit Plan, and Central Pennsylvania Teamsters Pension Fund – Retirement Income Plan (collectively, "Lead Plaintiffs"), and for the proposed Settlement Class. I am admitted to practice before

this Court *pro hac vice*. I respectfully submit this declaration in support of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement.

2. True and correct copies of the following documents are attached hereto:

Exhibit 1: Stipulation and Agreement of Settlement, dated August 14, 2025, with exhibits thereto.

Exhibit 2: Firm profile of Labaton Keller Sucharow LLP.

Exhibit 3: Laarni T. Bulan and Eric Tam, *Securities Class Action Settlements – 2024 Review and Analysis* (Cornerstone Research 2025)

Exhibit 4: Firm profile of A.B. Data, Ltd, the proposed claims administrator.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 14, 2025.

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee

# CERTIFICATE OF SERVICE

I hereby certify that on August 14, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List served via ECF on all registered participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 14, 2025

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee

Mailing Information for a Case 3:23-cv-01546-L-DEB Vazquez v. Masimo Corporation et al.

- Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- Adam Marc Apton
- aapton@zlk.com
- Marshall A. Camp
- mcamp@hueston.com,docketing@hueston.com,mschneider@hueston.com
- Robert James Ellison
- robert.ellison@lw.com,robert-ellison-6864@ecf.pacerpro.com
- James M. Fee
- jfee@labaton.com,7935099420@filings.docketbird.com,ElectronicCaseFiling@labaton.com
- Christine M. Fox
- cfox@labaton.com,ndonlon@labaton.com,vvibar@labaton.com,ElectronicCaseFiling@labaton.com,kjudd@labaton.com,6312349420@filings.docketbird.com
- Robert Matthew Garsson
- robgarsson@quinnemanuel.com
- Lucas E. Gilmore
- lucasg@hbsslaw.com,sf_filings@hbsslaw.com
- Matthew J. Grier

mgrier@labaton.com,ElectronicCaseFiling@labaton.com,2099396420@filings.docketbird.com

- John Charles Hueston
- jhueston@hueston.com,docketing@hueston.com,lhiles@hueston.com
- Harry Arthur Olivar , Jr
- harryolivar@quinnemanuel.com
- Lauren Amy Ormsbee
- LOrmsbee@labaton.com,4457202420@filings.docketbird.com

- Jennifer Pafiti
- jpafiti@pomlaw.com,efile@pomlaw.com
- Jeffrey F. Robertson
- jeffrey.robertson@srz.com,courtfilings@srz.com,evan.melluzzo@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com
- Valerie Suzanne Roddy
- valerieroddy@quinnemanuel.com,ecf-8cc00a9b9174@ecf.pacerpro.com,calendar@quinnemanuel.com
- David Saldamando
- dsaldamando@labaton.com
- Lisa Marie Strejlau
- lstrejlau@labaton.com
- Michael E. Swartz
- michaelswartz@quinnemanuel.com,michael-swartz-3349@ecf.pacerpro.com
- Jonathan D. Uslaner
- JonathanU@blbglaw.com,managingclerk@blbglaw.com
- Carol C. Villegas
- cvillegas@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com
- Thomas A. Zaccaro

tzaccaro@hueston.com,mgreen@hueston.com

- Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

(No manual recipients)

MAIL LIST
CASE NO.: 3:23-CV-01546-L-DEB