Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David M. Saldamando (*pro hac vice*)
**LABATON KELLER SUCHAROW LLP**
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Attorneys for Lead Plaintiffs*
*and Lead Counsel for the Proposed Class*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGIO VAZQUEZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MASIMO CORPORATION, JOSEPH KIANI, MICAH YOUNG, BILAL MUHSIN, and ELI KAMMERMAN <br><br> Defendants. | Case No.: 3:23-cv-01546-L-DEB <br><br> **NOTICE OF FILING - NOTICE OF PROPOSED CLASS ACTION SETTLEMENT PURSUANT TO 28 U.S.C. § 1715** <br><br> Judge: Hon. M. James Lorenz |

Lead Plaintiffs Boston Retirement System, Central Pennsylvania Teamsters Pension Fund-Defined Benefit Plan, and Central Pennsylvania Teamsters Pension Fund-Retirement Income Plan 1987 ("Lead Plaintiffs"), through their counsel, hereby submit, as Exhibit 1, a copy of the Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 of the Class Action Fairness Act of 2025, which was issued in connection with Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof, ECF No. 86.

Dated: September 11, 2025          Respectfully submitted,

**LABATON KELLER SUCHAROW LLP**

By:      /s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee (*pro hac vice*)
Lisa M. Strejlau (*pro hac vice*)
David Saldamando (*pro hac vice*)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
lormsbee@labaton.com
lstrejlau@labaton.com
dsaldamando@labaton.com

*Attorneys for Lead Plaintiffs Boston Retirement System, Central Pennsylvania Teamsters Pension Fund-Defined Benefit Plan and Central Pennsylvania Teamsters Pension Fund-Retirement Income Plan 1987, and Lead Counsel for the Proposed Class*

Lucas E. Gilmore (SBN 250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
Lucasg@hbsslaw.com

*Liaison Counsel for the Proposed Class*

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2025, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered ECF participants only.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 11, 2025

/s/ *Lauren A. Ormsbee*
Lauren A. Ormsbee

CASE NO.: 3:23-CV-01546-L-DEB
CERTIFICATE OF SERVICE

**Mailing Information for a Case 3:23-cv-01546-L-DEB Vazquez v. Masimo Corporation et al.**

The following are those who are currently on the list to receive e-mail notices for this case.

- Adam Marc Apton

  aapton@zlk.com

- Marshall A. Camp

  mcamp@hueston.com,docketing@hueston.com,mschneider@hueston.com

- Robert James Ellison

  robert.ellison@lw.com,robert-ellison-6864@ecf.pacerpro.com

- James M. Fee

jfee@labaton.com,7935099420@filings.docketbird.com,ElectronicCaseFiling @labaton.com

- Christine M. Fox

  cfox@labaton.com,ndonlon@labaton.com,vvibar@labaton.com,ElectronicCaseFiling@labaton.com,kjudd@labaton.com,6312349420@filings.docketbird.com

- Robert Matthew Garsson

  robgarsson@quinnemanuel.com

- Lucas E. Gilmore

  lucasg@hbsslaw.com,sf_filings@hbsslaw.com

- Matthew J. Grier

mgrier@labaton.com,ElectronicCaseFiling@labaton.com,2099396420@filings.docketbird.com

- John Charles Hueston

  jhueston@hueston.com,docketing@hueston.com,lhiles@hueston.com

- Harry Arthur Olivar , Jr.

harryolivar@quinnemanuel.com

- Lauren Amy Ormsbee

  LOrmsbee@labaton.com,4457202420@filings.docketbird.com

- Jennifer Pafiti

  jpafiti@pomlaw.com,efile@pomlaw.com

- Jeffrey F. Robertson

jeffrey.robertson@srz.com,courtfilings@srz.com,evan.melluzzo@srz.com,ecf-1822127e5d6b@ecf.pacerpro.com

- Valerie Suzanne Roddy

valerieroddy@quinnemanuel.com,ecf8cc00a9b9174@ecf.pacerpro.com, calendar@quinnemanuel.com

- David Saldamando, dsaldamando@labaton.com

- Lisa Marie Strejlau, lstrejlau@labaton.com

- Michael E. Swartz, michaelswartz@quinnemanuel.com,michael-swartz-3349@ecf.pacerpro.com

- Jonathan D. Uslaner, JonathanU@blbglaw.com,managingclerk@blbglaw.com

- Carol C. Villegas

  cvillegas@labaton.com,5739893420@filings.docketbird.com,electroniccasefiling@labaton.com

- Thomas A. Zaccaro

tzaccaro@hueston.com,mgreen@hueston.com

- Manual Notice List

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.
(No manual recipients)

---

CASE NO.: 3:23-CV-01546-L-DEB
MAILING LIST

# Exhibit 1



Class
Action
Administration

September 9, 2025

Attorney General of the United States
and All State Attorneys General

**Re:**     **Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715**

**Case:**   ***Vazquez v. Masimo Corp., et al.*** **No. 3:23-cv-01546-L-DEB (S.D. Cal.)**

Dear Sir/Madam:

Pursuant to the Class Action Fairness Act ("CAFA"), codified at 28 U.S.C. § 1715, this letter is to notify you of a proposed settlement of the above-captioned federal securities laws class action lawsuit (the "Class Action") currently pending in the United States District Court for the Southern District of California (the "Court") before the Honorable M. James Lorenz, United States District Judge. This notice is provided by A.B. Data, Ltd. on behalf of the Settling Defendants in the Class Action, each of whom deny any wrongdoing or liability, but have decided to settle the Class Action to eliminate the uncertainty, burden, and expense of further protracted litigation.

In accordance with 28 U.S.C. § 1715(b), please see the below information and find copies of the following documents associated with this Action at   https://bit.ly/Masimo-CAFA or by scanning this QR code:



To be added to our email list to receive CAFA correspondence digitally, please email help@abdataclassaction.com and we will add you to our email list.

**28 U.S.C. § 1715(b)(1): A copy of the complaint and any materials filed with the complaint and any amended complaints**

The original Class Action Complaint was filed on August 22, 2023 (ECF No. 1). The Amended Complaint was filed on February 12, 2024 (ECF No. 28).

These documents, as well as all other documents referenced in this letter, are also available on the Internet via the federal government's Pacer service at https://pacer.login.uscourts.gov/csologin/login.jsf. Additional information about Pacer may be found at https://www.pacer.gov/.

**28 U.S.C. § 1715(b)(2): Notice of any scheduled judicial hearing in the class action**

On August 14, 2025, the Lead Plaintiffs filed an Unopposed Motion for Preliminarily Approval of Class Action Settlement and Memorandum of Points and Authorities in Support Thereof (the "Preliminary Approval Motion") (ECF No. 86).

If the Court grants preliminary approval, it will also set a hearing date, several months in the future, to consider whether to grant final approval to the settlement. That date, once set, will be included in the notice to be mailed to class members.

**28 U.S.C. § 1715(b)(3): Any proposed notification to class members of (a) the members' rights to request exclusion from the class action and (b) a proposed settlement of a class action**

The proposed notice to class members (the "Notice") is attached as Exhibit A-1 to the Stipulation and Agreement of Settlement (the "Settlement Agreement") which was filed with the Court on August 14, 2025 (ECF No. 86-2), and the proposed summary notice to class members (the "Summary Notice") is attached as Exhibit A-3 to the Settlement Agreement (ECF No. 86-2).

**28 U.S.C. § 1715(b)(4): Any proposed class action settlement**

A copy of the Settlement Agreement and its accompanying exhibits is enclosed as Exhibit 1

of the Preliminary Approval Motion (ECF No. 86).

**28 U.S.C. § 1715(b)(5): Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants**

The parties have entered into a confidential Supplemental Agreement regarding requests for exclusion, which is referenced in Section 41 of the Stipulation and Agreement of Settlement.

**28 U.S.C. § 1715(b)(6): Any final judgment or notice of dismissal**

No final judgment or notice of dismissal has yet been entered in the Class Action. A proposed judgment approving the class settlement is attached as Exhibit A to the Settlement Agreement (ECF No. 86-2).

**28 U.S.C. § 1715(b)(7)): (a) If feasible, the names of the class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to the State's appropriate State official; or (b) if not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement**

As of the date of this CAFA Notice, it is not feasible to provide the names of class members who reside in each state or a reasonable estimate of the number of class members residing in each state, with an estimated proportionate share of the claims of such members to the entire settlement.

**28 U.S.C. § 1715(b)(8): Any written judicial opinion relating to the materials described under (3) through (6) above.**

There have been no written judicial opinions issued in this action relating to the materials described in 28 U.S.C. §§ 1715(b)(3) through (b)(6).

We trust that you find this notice to be appropriate and complete. If you have any questions about this notice, please do not hesitate to contact me by telephone at (414) 961-7606 or by e-mail at rochelle.teichmiller@abdata.com.

Very truly yours,

**A.B. Data, Ltd.**

By: Rochelle J. Teichmiller
Project Manager II, A.B. Data, Ltd.

3